NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STRYKER CORPORATION, STRYKER PUERTO RICO, LTD., STRYKER SALES CORPORATION,**
*Plaintiffs-Appellees*

**v.**

**ZIMMER, INC., ZIMMER SURGICAL, INC.,**
*Defendants-Appellants*

---

2017-2541

---

Appeal from the United States District Court for the Western District of Michigan in No. 1:10-cv-01223-RJJ, Judge Robert J. Jonker.

---

**JUDGMENT**

---

SHARON HWANG, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for plaintiffs-appellees. Also represented by DEBORAH LAUGHTON, STEPHANIE SAMZ.

SETH P. WAXMAN, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, argued for defendants-appellants. Also represented by THOMAS SAUNDERS; THOMAS GREGORY SPRANKLING, Palo Alto, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 10, 2018          /s/ Peter R. Marksteiner
        Date              Peter R. Marksteiner
                          Clerk of Court